**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

HOWARD WOOD,
ADC #155339                                                                                          PLAINTIFF

V.                                              4:16CV00891-SWW-JTK

WENDY KELLEY, et al.                                                                           DEFENDANTS

**JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim. The relief sought is denied.

The Court certifies that an in forma pauperis appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 17th day of February, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE